TOWN OF NORTH SMITHFIELD

v.

Louis J. ROY, Alias.

No. 80–475–A.

Supreme Court of Rhode Island.

Jan. 22, 1981.

Paul P. Baillargeon, Paul P. Baillargeon, Inc., Woonsocket, for plaintiff.

Joseph DiGianfilippo, Woonsocket, for defendant.

## ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for oral argument.